# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

James Carl Smilde
Laurena Fran Smilde,

                Debtor(s).

_____/

**Chapter:** 13

**Case Number:** 09-63998

**Judge:** Walter Shapero

### PAYMENT ORDER

      The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

      **IT IS HEREBY ORDERED** that Dexter Community Schools ("Payor"), at 7714 Ann Arbor Street, Dexter, MI 48130, immediately forward and make payable to:

Chapter 13 Trustee – TLT
PO Box 2039
Memphis, TN 38101-2039

$ 609.33 per semi-monthly pay period of the Joint Debtor's (Laurena Fran Smilde) future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

.

**Signed on August 14, 2009**

          **_____ ___/s/ Walter Shapero_ _____**
            **Walter Shapero**
            **United States Bankruptcy Judge**