In re   **James Carl Smilde,**                                                                   Case No.   **09-63998-wsd**
       **Laurena Fran Smilde**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking 5878** | J | **0.00** |
| | | | **Chase Savings 6025** | J | **14.80** |
| | | | **Bank of America Checking 8831** | J | **404.74** |
| | | | **Bank of America Checking 8860** | J | **4,065.40** |
| | | | **Bank of America Savings 7984** | H | **0.93** |
| | | | **Bank of America Checking 8415** | W | **1,650.73** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room furniture - approx 22 years old sofa, loveseat, 3 end tables, 2 chairs**<br>**Location: 250 Green Hills Drive, Saline MI** | J | **600.00** |
| | | | **Two bedroom sets: 2 beds, 2 dressers, 2 armoirs, 3 end tables, 1 small dresser**<br>**Purchased approx 25 yrs ago**<br>**Location: 250 Green Hills Drive, Saline MI** | J | **900.00** |
| | | | **One roll-top desk, one entertainment cabinet**<br>**Location: 250 Green Hills Drive, Saline MI** | J | **250.00** |
| | | | **Kitchen utensils, pots, pans, plates, misc appliances, refrigerator, stove**<br>**Location: 250 Green Hills Drive, Saline MI** | J | **400.00** |
| | | | **Misc CD's and DVD's**<br>**Location: 250 Green Hills Drive, Saline MI** | J | **100.00** |
| | | | **Garden tools**<br>**Grill**<br>**Location: 250 Green Hills Drive, Saline MI** | J | **150.00** |

                                                                                                                                          Sub-Total >      **8,536.60**
                                                            (Total of this page)

  **4**   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re **James Carl Smilde,**
**Laurena Fran Smilde**, Case No. **09-63998-wsd**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2 beds, 2 dressers, 2 armoirs, 1 end table all purchased from goodwill and 2nd hand shops Location: 240 Gladiolus, Anna Maria, FL | J | 400.00 |
| | | 2 sofas, 1 hide-a-bed, 2 end tables, 2 wicker chairs Location: 240 Gladiolus, Anna Maria, FL | J | 500.00 |
| | | Stove and refrigerator Misc kitchen appliances Pots, pans, dishes, food inventory, utensils Location: 240 Gladiolus, Anna Maria, FL | J | 400.00 |
| | | Dining table and 5 chairs Location: 240 Gladiolus, Anna Maria, FL | J | 300.00 |
| | | 1 TV, CD Player, DVD Player Location: 250 Green Hills Drive, Saline MI | J | 400.00 |
| | | 1 TV, Stereo, DVD player Location: 240 Gladiolus, Anna Maria, FL | J | 400.00 |
| | | 1 computer with printer Location: 250 Green Hills Drive, Saline MI | J | 400.00 |
| | | 1 computer with printer Location: 240 Gladiolus, Anna Maria, FL | J | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 3 misc prints in frames Location: 250 Green Hills Drive, Saline MI | J | 100.00 |
| | | Misc paperback books, CD's and DVD's Location: 240 Gladiolus, Anna Maria, FL | J | 40.00 |
| 6. Wearing apparel. | | Misc clothing - no expensive leathers or furs Location: 250 Green Hills Drive, Saline MI | J | 600.00 |
| | | Misc clothing - no expensive furs or leathers Location: 240 Gladiolus, Anna Maria, FL | J | 500.00 |
| 7. Furs and jewelry. | | 1 wedding band With Debtor | H | 100.00 |
| | | 1 wedding bank With co-debtor | W | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 4/10 shotgun high standard .40 caliber pistol model 60 S/W pistol Location: 240 Gladiolus, Anna Maria, FL | H | 500.00 |
| | | | Sub-Total > (Total of this page) | **5,140.00** |

Sheet **1** of **4** continuation sheets attached
to the Schedule of Personal Property

In re **James Carl Smilde,**　　　　　　　　　　　　　　　Case No. **09-63998-wsd**
　　　**Laurena Fran Smilde**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **403(b) with American Funds** | W | **45,000.00** |
| | | **Investment Account with Eaton Vance** | J | **1,000.00** |
| | | **Pension with Public School Employees Retirement System** **Value represents contributions only** **True value is future value based upon payout and lifespan of joint debtor and spouse** | W | **125,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　**171,000.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re **James Carl Smilde,**
**Laurena Fran Smilde** , Case No. **09-63998-wsd**
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Jeep Grand Cherokee** **Over 175,000 miles** | H | 2,500.00 |
| | | **1990 Mercedes Benz 300e** **Over 150,000 miles** **Location: 240 Gladiolus, Anna Maria, FL** | H | 1,500.00 |
| | | **1999 Chevy Suburban** **Over 125,000 miles** **Location: 250 Green Hills Drive, Saline MI** | H | 4,500.00 |
| | | **1982 Aluma Lite Motor Home** **Location: 240 Gladiolus, Anna Maria, FL** | H | 1,500.00 |
| | | **1930 Ford Model A** **Location: 240 Gladiolous St. Ann Maria, Fl 34216** | J | 2,500.00 |

Sub-Total > **12,500.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | **James Carl Smilde,**<br>**Laurena Fran Smilde** | | Case No. | **09-63998-wsd** |
|---|---|---|---|---|

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband,<br>Wife,<br>Joint, or<br>Community | Current Value of<br>Debtor's Interest in Property,<br>without Deducting any<br>Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Possible right to restitution for casualty loss in 2008 (vandalism)** | J | **Unknown** |

| | Sub-Total > | **0.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **197,176.60** |

Sheet **4** of **4** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

In re **James Carl Smilde** Case No. **09-63998-wsd**

, Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Savings 6025** | 11 U.S.C. § 522(d)(5) | 7.40 | 14.80 |
| **Bank of America Checking 8831** | 11 U.S.C. § 522(d)(5) | 404.74 | 404.74 |
| **Bank of America Checking 8860** | 11 U.S.C. § 522(d)(5) | 2,032.70 | 4,065.40 |
| **Household Goods and Furnishings** | | | |
| **Living room furniture - approx 22 years old sofa, loveseat, 3 end tables, 2 chairs**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 300.00 | 600.00 |
| **Two bedroom sets: 2 beds, 2 dressers, 2 armoirs, 3 end tables, 1 small dresser Purchased approx 25 yrs ago**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 450.00 | 900.00 |
| **One roll-top desk, one entertainment cabinet**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 125.00 | 250.00 |
| **Kitchen utensils, pots, pans, plates, misc appliances, refrigerator, stove**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **Misc CD's and DVD's**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| **Garden tools**<br>**Grill**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 75.00 | 150.00 |
| **2 beds, 2 dressers, 2 armoirs, 1 end table all purchased from goodwill and 2nd hand shops**<br>**Location: 240 Gladiolus, Anna Maria, FL** | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **2 sofas, 1 hide-a-bed, 2 end tables, 2 wicker chairs**<br>**Location: 240 Gladiolus, Anna Maria, FL** | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Stove and refrigerator**<br>**Misc kitchen appliances**<br>**Pots, pans, dishes, food inventory, utensils**<br>**Location: 240 Gladiolus, Anna Maria, FL** | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **Dining table and 5 chairs**<br>**Location: 240 Gladiolus, Anna Maria, FL** | 11 U.S.C. § 522(d)(3) | 150.00 | 300.00 |
| **1 TV, CD Player, DVD Player**<br>**Location: 250 Green Hills Drive, Saline MI** | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |

___**2**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

In re **James Carl Smilde** Case No. **09-63998-wsd**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 1 TV, Stereo, DVD player<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| 1 computer with printer<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| 1 computer with printer<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>3 misc prints in frames<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| Misc paperback books, CD's and DVD's<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 20.00 | 40.00 |
| **Wearing Apparel**<br>Misc clothing - no expensive leathers or furs<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 300.00 | 600.00 |
| Misc clothing - no expensive furs or leathers<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Furs and Jewelry**<br>1 wedding band<br>With Debtor | 11 U.S.C. § 522(d)(4) | 100.00 | 100.00 |
| 1 wedding bank<br>With co-debtor | 11 U.S.C. § 522(d)(4) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>4/10 shotgun<br>high standard .40 caliber pistol<br>model 60 S/W pistol<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>Investment Account with Eaton Vance | 11 U.S.C. § 522(d)(5) | 500.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1999 Jeep Grand Cherokee<br>Over 175,000 miles | 11 U.S.C. § 522(d)(5) | 2,250.00 | 2,500.00 |
| 1990 Mercedes Benz 300e<br>Over 150,000 miles<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(5) | 1,405.00 | 1,500.00 |
| 1999 Chevy Suburban<br>Over 125,000 miles<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 3,225.00<br>950.00 | 4,500.00 |
| 1982 Aluma Lite Motor Home<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re **James Carl Smilde** Case No. **09-63998-wsd**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1930 Ford Model A**<br>**Location: 240 Gladiolous St. Ann Maria, Fl 34216** | 11 U.S.C. § 522(d)(5) | 2,425.00 | 2,500.00 |
| **Other Personal Property of Any Kind Not Already Listed**<br>**Possible right to restitution for casualty loss in 2008 (vandalism)** | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |

| | Total: | 18,819.84 | 25,524.94 |
|---|---|---|---|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07)

In re **Laurena Fran Smilde** Case No. **09-63998-wsd**

,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $136,875.
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Savings 6025 | 11 U.S.C. § 522(d)(5) | 7.40 | 14.80 |
| Bank of America Checking 8860 | 11 U.S.C. § 522(d)(5) | 2,032.70 | 4,065.40 |
| Bank of America Checking 8415 | 11 U.S.C. § 522(d)(5) | 0.00 | 1,650.73 |
| **Household Goods and Furnishings** | | | |
| Living room furniture - approx 22 years old sofa, loveseat, 3 end tables, 2 chairs<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 300.00 | 600.00 |
| Two bedroom sets: 2 beds, 2 dressers, 2 armoirs, 3 end tables, 1 small dresser Purchased approx 25 yrs ago<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 450.00 | 900.00 |
| One roll-top desk, one entertainment cabinet<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 125.00 | 250.00 |
| Kitchen utensils, pots, pans, plates, misc appliances, refrigerator, stove<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| Misc CD's and DVD's<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| Garden tools<br>Grill<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 75.00 | 150.00 |
| 2 beds, 2 dressers, 2 armoirs, 1 end table all purchased from goodwill and 2nd hand shops<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| 2 sofas, 1 hide-a-bed, 2 end tables, 2 wicker chairs<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| Stove and refrigerator<br>Misc kitchen appliances<br>Pots, pans, dishes, food inventory, utensils<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| Dining table and 5 chairs<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 150.00 | 300.00 |
| 1 TV, CD Player, DVD Player<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com  Best Case Bankruptcy

In re   **Laurena Fran Smilde**                                                                              Case No.   **09-63998-wsd**
_____,
                                                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1 TV, Stereo, DVD player**<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **1 computer with printer**<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **1 computer with printer**<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 200.00 | 400.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**3 misc prints in frames**<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 50.00 | 100.00 |
| **Misc paperback books, CD's and DVD's**<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 20.00 | 40.00 |
| **Wearing Apparel**<br>**Misc clothing - no expensive leathers or furs**<br>Location: 250 Green Hills Drive, Saline MI | 11 U.S.C. § 522(d)(3) | 300.00 | 600.00 |
| **Misc clothing - no expensive furs or leathers**<br>Location: 240 Gladiolus, Anna Maria, FL | 11 U.S.C. § 522(d)(3) | 250.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**403(b) with American Funds** | 11 U.S.C. § 522(d)(12) | 45,000.00 | 45,000.00 |
| **Investment Account with Eaton Vance** | 11 U.S.C. § 522(d)(5) | 500.00 | 1,000.00 |
| **Pension with Public School Employees Retirement System**<br>**Value represents contributions only**<br>**True value is future value based upon payout**<br>**and lifespan of joint debtor and spouse** | 11 U.S.C. § 522(d)(10)(E) | 125,000.00 | 125,000.00 |
| | Total: | **175,960.10** | **183,570.93** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Michigan

In re **James Carl Smilde / Laurena Fran Smilde**, Debtor(s)

Case No. **09-63998-wsd**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Citimortgage, Inc.

**Describe Property Securing Debt:**
240 Gladioulus Street
Anna Maria, FL  34216

Property will be (check one):
☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other. Explain **Pay and retain** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ☒ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Nationstar Mortgage LI

**Describe Property Securing Debt:**
250 Green Hills Drive
Saline, MI  48176
**Redemption Rights Only**

Property will be (check one):
☒ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt   ☒ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Timberview Sub Property Owners Assoc** | **Describe Property Securing Debt:**<br>**250 Green Hills Drive**<br>**Saline, MI 48176**<br>**Redemption Rights Only** |

Property will be (check one):
☒ Surrendered　　　　　　　　　☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt　　　　　　　　　☒ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **July 16, 2010**　　　　　　Signature　/s/James Carl Smilde
　　　　　　　　　　　　　　　　　　　　　　　**James Carl Smilde**
　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date **July 16, 2010**　　　　　　Signature　/s/Laurena Fran Smilde
　　　　　　　　　　　　　　　　　　　　　　　**Laurena Fran Smilde**
　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

### STATEMENT OF AFFIRMATION BY DEBTORS

**CASE NAME:** **James Carl Smilde**
**Laurena Fran Smilde**

**CASE NUMBER:** **09-63998-wsd**

### AFFIRMATION BY DEBTOR(S)

I/We do hereby swear and affirm under penalty of perjury that I/we have read the foregoing form and all pleadings and attachments thereto and do hereby swear and affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

Signature: /s/James Carl Smilde
**James Carl Smilde**
Debtor

Signature: /s/Laurena Fran Smilde
**Laurena Fran Smilde**
Debtor

Filed by:

/s/Guy T. Conti
Guy T. Conti  P68889
2002 Hogback Road, Suite 11
Ann Arbor, MI  48105
888-489-3232
gconti@contilegal.com